# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br>　　　　　　Plaintiff,<br><br>v.<br><br>(19) Agustin Nunez-Reynoso,<br>　　　　　　Defendant. | Crim. No. 10-69(19) (MJD/JJK)<br><br>**Order (Proposed)** |

Steven L. Schleicher, Esq., Assistant United States Attorney, counsel for Plaintiff.

Arthur R. Martinez, Esq., Law Offices of Arthur R. Martinez PA, counsel for Defendant Reynoso.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated February 10, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

　　　　1.　　　Defendant's First Motion to Suppress Evidence of Electronic Surveillance. (Doc. No. 566), is **DENIED.**

Date:　　<u>March 14, 2011</u>

　　　　　　　　　　　　　　　　　　　　　　　s/Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court