UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,

                              **ORDER**
v.                                Criminal File No. 10-69 (MJD/JJK)

(19) Agustin Nunez-Reynoso,

        Defendant.

---

Steve L. Schleicher, Assistant United States Attorney, Counsel for Plaintiff.

Arthur R. Martinez, Law Office of Arthur R. Martinez P.A., Counsel for Defendant.

---

      This matter is before the Court on Defendant's motion in limine.  In accordance with the Court's oral ruling on April 11, 2011, **IT IS HEREBY ORDERED**:

      Defendant's Motion in Limine [Docket No. 645] is **DENIED.**


Date:  April 11, 2011                           s/ Michael J. Davis
                                                    Michael J. Davis
                                                      Chief Judge
                                                      United States District Court