UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                  ORDER
                                  Crim. No. 10-69 (19)(MJD)

Agustin Nunez-Reynoso,

    Defendant.

_____

This matter is before the Court on Defendant's motion to correct clerical error pursuant to Rule 36 of the Federal Rules of Criminal Procedure.

For the reasons set forth in the Court's letter to Defendant dated July 20, 2016 [Doc. No. 1044] the motion will be denied.

IT IS HEREBY ORDERED that the Defendant's motion to correct clerical error [Doc. No. 1049] is DENIED.

Date:  February 2, 2017

                                              s/ Michael J. Davis
                                              Michael J. Davis
                                              United States District Court